FILED

03/26/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0562

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0562

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

JEDEDIAH KEITH LARSON,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for an 60-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including June 2, 2020, within which to prepare, serve, and file its response brief.

JK

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 26 2020